# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 20-81-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER AMENDING FINAL JUDGMENT** |
| **TANYA SMITH,** | |
| Defendant. | |

Upon the United States' Unopposed Motion to Amend Final Judgment (Doc. 34), and for good cause shown,

**IT IS HEREBY ORDERED** that the proposed change be made to correct restitution payee and address information. Page four of the judgment is amended to read as follows:

>Montana DPHHS-$195,852.68
>Business Financial Services Div.
>P.O. Box 4210
>Helena, MT 59604-4210

1

Page five is amended to:

Social Security Administration - $130,018.24; and

Montana DPHHS - $195,852.68.

The references on page four and five of the judgment as to the "Federal Medicaid Program" are stricken in lieu of the above changes.

**IT IS FURTHER ORDERED** that an amended judgment reflecting the above will be filed along with this Order.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 7th day of April, 2021.

_____
SUSAN P. WATTERS
United States District Judge